IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR62 |
| vs. | |
| ANSELMO RAMIREZ-MAGANA, | ORDER |
| Defendant. | |

    This matter is before the court on the motion of Assistant Federal Public Defender Michael J. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Anselmo Ramirez-Magana. (Filing No. 20). Michael J. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael J. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 20) is granted.

    Katherine A. McNamara, 1601 Dodge Street, Suite 3700, First National Tower, Omaha, NE 68102, (402) 341-3070, is appointed to represent Anselmo Ramirez-Magana for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Hansen shall forthwith provide Katherine A. McNamara with the discovery materials provided the defendant by the government and such other materials obtained by Michael J. Hansen which are material to Anselmo Ramirez-Magana's defense.

    The clerk shall provide a copy of this order to Katherine A. McNamara and the defendant.

    **IT IS SO ORDERED.**

    Dated this 2nd day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge