IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>ANSELMO RAMIREZ-MAGANA,<br><br>              Defendant. | 8:25CR62<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

       This matter is before the Court on the Court's own accord pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

       IT IS SO ORDERED.

       Dated this 5th day of May 2025.

                                                            BY THE COURT:

                                                            Robert F. Rossiter, Jr.
                                                             Chief United States District Judge